**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Andrea Moore,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Alhambra Elementary School District No. 68,<br><br>　　　　Defendant. | No. CV-07-1279-PHX-SMM<br><br>**ORDER** |

Upon stipulation of the parties (Dkt. 10) and good cause appearing,

**IT IS HEREBY ORDERED** dismissing the above referenced matter, with prejudice, each side to bear their own costs and attorney's fees. The Clerk of the Court is directed to terminate this matter.

**IT IS FURTHER ORDERED** vacating the scheduling conference set in this matter for February 25, 2008.

DATED this 22nd day of February, 2008.

Stephen M. McNamee
United States District Judge